UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

REBECCA A. SCIANDRA,

        Plaintiff,

                                        Case No. 1:09-cv-0177-RJA

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES now plaintiff, Rebecca A. Sciandra, and defendant, NCO Financial Systems, Inc. ("NCO"), by and through their undersigned counsel, in the above-titled action and represents to the Court that this matter, regarding plaintiff's claims against NCO, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this __14____ day of May 2009.

/s/Christopher D. Smith

| | |
|---|---|
| _____ | /s/ Michael Del Valle<br>_____ |
| Christopher D. Smith, Esq. | Michael Del Valle, Esq. |
| Christopher D. Smith & Associates | Sessions, Fishman, Nathan & Israel |
| 42 Lake Street |  of New York, LLC |
| Hamburg, NY 14075 | Audubon Office Park |
| Telephone:  (716) 648-1400 | 130 John Muir Drive, Suite 106 |
| Facsimile:  (716) 648-1449 | Amherst, NY 14228 |
| cdsmith@cdsmithassociates.com | Telephone:  (716) 625-7492 |
| *Attorney for Plaintiff* | Facsimile:  (716) 404-2120 |
| | mdelvalle@sessions-law.biz |
| | *Attorneys for Defendant* |